**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*  
*Assistant United States Attorney*  
*Richard.Kay@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4850*  
*MAIN: 410-209-4800*  
*FAX: 410-962-9293*

January 14, 2014

Honorable George L. Russell, III  
United States District Judge  
U.S. Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:    United States v. Various Real Properties (Jones),  
             Civil No. GLR-13-3780_____

Dear Judge Russell:

      This is a civil forfeiture case against a number of real properties that constitute proceeds of drug trafficking and were involved in money laundering. As is mentioned in the Verified Complaint, it is believed that Gerald Jones has an interest in the defendant properties or an interest in the various LLCs that own the properties. I have been contacted by Kobie Flowers, Esquire, who represents Mr. Jones and the various owner LLCs, and we have opened discussions towards a potential resolution of this case. The government has agreed to waive all filing time limits for Mr. Flowers's clients in this case while we are making progress with the settlement discussions; so, Mr. Flowers's clients will not have to file a claim or answer in the case at this time.

      The government has requested appraisals and title reports pertaining to the various defendant properties because these will be important factors to our continuing discussions. The government also has agreed to provide informal discovery to Mr. Flowers, and that process will begin right away. With the Court's indulgence for this process, I will submit a status report to the Court if the case is not resolved by March 12, 2014.

      Very truly yours,

      Rod J. Rosenstein  
      United States Attorney

      _____//s//_____  
      Richard C. Kay  
      Assistant United States Attorney

cc: Kobie Flowers, Esq.