**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*  *Suite 400*  *DIRECT: 410-209-4850*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Richard.Kay@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-9293*

July 16, 2014

Honorable George L. Russell, III
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    United States v. Various Real Properties (Jones),
              Civil No. GLR-13-3780.

Dear Judge Russell:

      This is a civil forfeiture case against a number of real properties that constitute proceeds of drug trafficking and were involved in money laundering. As is mentioned in the Verified Complaint, it is believed that Gerald Jones has an interest in the defendant properties or an interest in the various LLCs that own the properties. As I mentioned in an earlier status letter, Kobie Flowers, Esquire, represents Mr. Jones, and we have opened discussions towards a potential resolution of this case. The government has agreed to waive all filing time limits for Mr. Flowers's client in this case while we are making progress with the settlement discussions; so, Mr. Flowers's client will not have to file a claim or answer in the case at this time.

      The government has provided a large amount of informal discovery to Mr. Flowers that he indicated that he has reviewed. Mr. Flowers also indicated last week that he recently has received more bank records pertaining to a number of related bank accounts, and that his forensic accountant is still working through those. Given the number of accounts and the number of related real properties, the time that Mr. Flowers is taking to examine these materials is not unreasonable. Also, our discussions are now including criminal implications and a potential global resolution. With the Court's indulgence for this process, I will submit a status report to the Court if the case is not resolved by September 16, 2014.

      Very truly yours,

      Rod J. Rosenstein
      United States Attorney

      ____//s//_____
      Richard C. Kay
      Assistant United States Attorney

cc: Kobie Flowers, Esq.