**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Richard C. Kay*             *Suite 400*             DIRECT: 410-209-4850
*Assistant United States Attorney*     *36 S. Charles Street*        MAIN: 410-209-4800
*Richard.Kay@usdoj.gov*        *Baltimore, MD 21201-3119*     FAX: 410-962-9293

September 16, 2014

Honorable George L. Russell, III
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re:     United States v. Various Real Properties (Jones),
                 Civil No. GLR-13-3780                              .

Dear Judge Russell:

       This is a civil forfeiture case against a number of real properties that constitute proceeds of drug trafficking and were involved in money laundering. As is mentioned in the Verified Complaint, it is believed that Gerald Jones has an interest in the defendant properties or an interest in the various LLCs that own the properties. As I mentioned in an earlier status letter, Kobie Flowers, Esquire, represents Mr. Jones, and we have opened discussions towards a potential resolution of this case. The government has agreed to waive all filing time limits for Mr. Flowers's client in this case while we are making progress with the settlement discussions; so, Mr. Flowers's client will not have to file a claim or answer in the case at this time.

       The government has provided a large amount of informal discovery to Mr. Flowers, and he has provided some records to the government. Mr. Flowers also indicated in the last few days that his forensic accountant has completed his review of the various financial records, and we hope to meet in the next few weeks to discuss the results of that review. Also, our discussions are now including criminal implications and a potential global resolution. With the Court's indulgence for this process, I will submit a status report to the Court if the case is not resolved by November 17, 2014.

                                            Very truly yours,

                                            Rod J. Rosenstein
                                            United States Attorney

                                            _____//s//_____
                                            Richard C. Kay
                                            Assistant United States Attorney

cc: Kobie Flowers, Esq.