**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*  *Suite 400*  *DIRECT: 410-209-4850*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Richard.Kay@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-9293*

November 20, 2014

Honorable George L. Russell, III
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    United States v. Various Real Properties (Jones),
              Civil No. GLR-13-3780                                    .

Dear Judge Russell:

      This is a civil forfeiture case against a number of real properties that constitute proceeds of drug trafficking and were involved in money laundering. As is mentioned in the Verified Complaint, it is believed that Gerald Jones has an interest in the defendant properties or an interest in the various LLCs that own the properties. As I mentioned in an earlier status letter, Kobie Flowers, Esquire, represents Mr. Jones.

      In the past few weeks, I have learned that some of the defendant properties are in default status with the respective lenders. Those lenders believe that they are entitled to foreclose against the properties, but they are agreeing, instead, to a process whereby the government will sell the properties and apply the proceeds to the respective debt. I have advised Mr. Flowers that I intend to file a motion very soon seeking authorization to sell the properties that are in default status.

      I will submit a status report to the Court if the case is not resolved by January 16, 2015.

      Very truly yours,

      Rod J. Rosenstein
      United States Attorney

      _____//s//_____
      Richard C. Kay
      Assistant United States Attorney

cc: Kobie Flowers, Esq.