**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Richard C. Kay*        *Suite 400*        *DIRECT: 410-209-4850*
*Assistant United States Attorney*        *36 S. Charles Street*        *MAIN: 410-209-4800*
*Richard.Kay@usdoj.gov*        *Baltimore, MD 21201-3119*        *FAX: 410-962-9293*

February 3, 2015

Honorable George L. Russell, III
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:     United States v. Various Real Properties (Jones),
              Civil No. GLR-13-3780.

Dear Judge Russell:

    This is a civil forfeiture case against a number of real properties that constitute proceeds of drug trafficking and were involved in money laundering. As is mentioned in the Verified Complaint, it is believed that Gerald Jones has an interest in the defendant properties or an interest in the various LLCs that own the properties. As I mentioned in an earlier status letter, Kobie Flowers, Esquire, has been representing Mr. Jones; however, he recently sent me a communication that indicated that he will no longer be representing Mr. Jones. No one else has contacted me about this case on behalf of Mr. Jones.

    As I also mentioned in earlier status letters, some of the defendant properties are in default status with the respective lenders. One such property no longer has any apparent equity in it; consequently, the government will file a Notice of Partial Dismissal as to that one property. The government also intends to file a motion seeking an interlocutory sale order as to two other of the defendant properties.

    Given these developments, the government is withdrawing its waiver of filing time limits as to Mr. Jones, and will allow an additional ten days for Mr. Jones to file a proper claim in the case. Once that has been accomplished, the government will file the motion seeking a sale order as to the properties located at 1125 and 1127 Saffell Road.

I will submit an updated status report to the Court if the case is not resolved by March 16, 2015.

        Very truly yours,

        Rod J. Rosenstein
        United States Attorney

        ____//s//_____
        Richard C. Kay
        Assistant United States Attorney

cc:    Kobie Flowers, Esq.
        Jessica Prunell, Esq.
        Jeffrey W. Bernstein, Esq.
        Alan K. Boal, Esq.
        James Warwick, Esq., AUSA