**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*                       *Suite 400*                    *DIRECT: 410-209-4850*
*Assistant United States Attorney*      *36 S. Charles Street*          *MAIN: 410-209-4800*
*Richard.Kay@usdoj.gov*             *Baltimore, MD 21201-3119*      *FAX: 410-962-9293*

March 16, 2015

Honorable George L. Russell, III
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re:      United States v. Various Real Properties (Jones),
                 Civil No. GLR-13-3780.

Dear Judge Russell:

      This is a civil forfeiture case against a number of real properties that constitute proceeds of drug trafficking and were involved in money laundering. As is mentioned in the Verified Complaint, it is believed that Gerald Jones has an interest in the defendant properties or an interest in the various LLCs that own the properties. As I mentioned in earlier status letters, Kobie Flowers, Esquire, ceased representing Mr. Jones a number of weeks ago, and AFPD Premal Dharia is now representing Mr. Jones, as of last week. The government has agreed to allow until March 25th for Mr. Jones to decide whether to take some formal action in this case or not.

      I will submit an updated status report to the Court if the case is not resolved by May 18, 2015.

                                       Very truly yours,

                                       Rod J. Rosenstein
                                       United States Attorney

                                       _____//s//_____
                                       Richard C. Kay
                                       Assistant United States Attorney

cc:      Jeffrey W. Bernstein, Esq.
           Premal Dharia, Esq., AFPD
           James Warwick, Esq., AUSA